**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-327 (TFH) |
| | : | |
| EVER O. LEMUS-HERNANDES, | : | |
| | : | Plea Hearing Date: |
| Defendant. | : | |
| | : | UNDER SEAL |

## ORDER

Based on the representations in the Government's motion to seal the Government's motion, the Information, and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

Pursuant to the plea agreements in this case, the defendant has agreed to cooperate with the United States in an ongoing criminal/grand jury narcotics investigations.

The general public is not aware that the defendant have agreed to cooperate with the United States in this ongoing investigation.

The defendant's cooperation includes the possibility of covert activities which due to the nature of the investigation pose a substantial risk to the personal safety of the defendant, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the Government has filed a motion to seal the criminal Indictment and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize an ongoing criminal investigation and place the personal safety of

parties involved in the covert investigation, as well as innocent bystanders, at substantial risk. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

Based on the representations in the Government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this ___2nd___ day of November, 2006, hereby

ORDERED that this Order, and the attached Government motion to seal the criminal Indictment, other criminal information, other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the criminal plea agreements, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Government's motion, the criminal plea agreements, the Government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further

ORDERED that the case is unsealed for the limited purpose for the Government to effect the forfeiture of the property described therein, that is for the purpose of supplying notice, to publish and to effectuate the final Order of Forfeiture and to prosecute trials in related cases to this matter.

Chief JUDGE THOMAS F. HOGAN
United States District Court for
the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile No. (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Esquire Carlos Vanegas
Federal Public Defender's Service
Suite No. 550
625 Indiana Avenue, Northwest
Washington, D.C. 20004
Facsimile No. (202) 208-7515
Office No. (202) 208-7500
Email: carlos_vanegas@fd.org

Clerk of the Court
United States District Court
for the District of Columbia