UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 06-327 (TFH) (FILE UNDER SEAL) |
| EVER O. LEMUS-HERNANDEZ | ) ) ) ) | |

**DEFENDANT'S MOTION FOR A
PRE-SENTENCE INVESTIGATION REFERRAL**

Defendant Ever O. Lemus-Hernandez, through undersigned counsel, respectfully moves the Court to refer him for a Pre-Sentence Investigation Report.[1]

In Support of the Motion undersigned counsel states:

1. On December 12, 2006 Mr. Lemus-Hernandez and co-Defendant Jose L. Sintuj-Flores appeared Magistrate Judge John O. Facciola for the entry of a guilty plea. This Court authorized the entry of the guilty plea before the Magistrate Judge. Before Magistrate Judge Facciola the defendants entered a guilty plea to a Criminal Information, charging Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of Cocaine, in violation of Title 21, U.S.C. Sections 846, 841(a), and 841(b)(1)(A)(ii).

2. After entry of the guilty plea the parties inadvertently forgot to ask Magistrate Judge Facciola to refer the case to the Probation Office for a Pre-Sentence Investigation Report. The parties also forgot to inquire when this Court wanted to scheduled the sentencing hearing.

---

[1] Defendant Jose L. Sintuj-Flores is represented by Attorney Carmen Hernandez. Ms. Hernandez is currently in trial before Judge James Robertson and undersigned counsel has been unable to speak to her. However, undersigned counsel believes that Ms. Hernandez would not object to including her client in the request for the referral to the Probation Office.

Wherefore, undersigned counsel requests that the Court refer the case to the Probation Office for a Pre-Sentence Investigation Report and for the Court to schedule a sentencing date.[2]

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion for a Pre-Sentence Investigation Referral will be served by electronic mail and by delivery to the mail box of the United States Attorney in the Federal District Courthouse on this the 18 day of January 2007 to: Martin D. Carpenter, Esq. Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W. and by electronic mail to Carmen Hernandez, Esq. at chernan7@aol.com

_____/s/_____
Carlos J. Vanegas

---

[2] Assistant United States Attorney Martin D. Carpenter has been informed of the instant Motion and he does not object to the relief sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No.: 06-327 (TFH) |
| v. | ) | (FILE UNDER SEAL) |
| | ) | |
| **EVER O. LEMUS-HERNANDEZ** | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of the defendant's Motion that he be referred to the Probation Office for a Pre-Sentence Investigation Report, it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that the Probation Office complete a Pre-Sentence Investigation Report.

**SO ORDERED.**

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
DATE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Martin D. Carpenter
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530