UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 24 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 06-327 (TFH) |
| v. ) | (FILE UNDER SEAL) |
| ) | |
| EVER O. LEMUS-HERNANDEZ ) | |

ORDER

Upon consideration of the defendant's Motion that he be referred to the Probation Office for a Pre-Sentence Investigation Report, it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that the Probation Office complete a Pre-Sentence Investigation Report.

**SO ORDERED.**

1/19/07
DATE

THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Martin D. Carpenter
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530