UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-327-01 (TFH) |
| | : | |
| EVER O. LEMUS-HERNANDES, | : | |
| | : | Sentencing Date:  April 20, 2007 |
| Defendant. | : | |
| | : | UNDER SEAL |

GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM
AND
GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1

The United States of America, through its counsel, Jeffery A. Taylor, the United States Attorney for the District of Columbia submits the following notice that Defendant Lemus-Hernandes has provided substantial assistance to the United States.  We submit that Defendant Lemus-Hernandes has pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility, earned an additional one-level decrease in his offense level and is therefore entitled to a total three-level reduction in his offense level for acceptance of responsibility. We do note that it is the Government's position that there is a quantitative and qualitative difference between the issues regarding the granting of a Section 3E1.1 motion and that of a motion for departure pursuant to 18 U.S.C.  §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Our memorandum in support of Defendant Lemus-Hernandes' departure and sentencing states as follows:

Defendant Lemus-Hernandes has provided substantial assistance to the Government in the investigation and prosecution of others involved in his criminal conduct.  Therefore, he is

entitled to a downward sentencing departure from his sentencing guidelines offense level, Section 5K1.1 of the U.S.S.G. Manual and from his statutory mandatory minimum sentence 18 U.S.C. §3553(e). Defendant Lemus-Hernandes provided substantial information which lead to the indictment and unsuccessful prosecution of his cocaine supplier Caesar A. Morales. Lemus-Hernandes gave the MPD, ATF & DEA information regarding 3 drug dealers and 2 handguns distributors. His cooperation and testimony in the grand jury lead to the indictment of Caesar Morales his supplier. However, due to a mishap with Montgomery County – Morales was released and is now a fugitive, both federally and with the State of Maryland. Morales has been a fugitive since October 2006.

    The prosecution team and the law enforcement task force believe that Defendant Lemus-Hernandes has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that Defendant Lemus-Hernandes receive a departure from his guideline sentence and his mandatory-minimum statutory sentence of 120 months (10 years) incarceration. The Departure Committee agreed with our recommendations and has awarded Defendant Lemus-Hernandes with a departure notice to this Court from his guideline sentence and his statutory, mandatory sentence requirements of imprisonment. Accordingly, in light of Defendant Lemus-Hernandes' criminal history, his role in the offense, and the common factors for sentencing, his pre-trial confinement and his substantial assistance, we submit that Defendant Lemus-Hernandes' departure from his guideline sentence and his statutory mandatory-minimum sentence of 120 months is warranted.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        JEFFERY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498-610


        Martin Dee Carpenter, D.C. Bar No. 431-211
        Criminal Division, Organized Crime & Narcotics
        United States Attorney's Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 18th day of April, 2007, to counsel for Defendant Lemus-Hernandes, Carlos J. Vanegas, Esquire, Via first class mail, postage prepaid, and by facsimile to (202) 208-7515, Suite No. 550, 625 Indiana Avenue, Northwest, D.C. 20004, Office No. (202) 208-7500; carlos_vanegas@fd.org; martina_melendez@fd.org

        MARTIN DEE CARPENTER, Bar No. 431-211
        Assistant United States Attorney
        Organized Crime & Narcotics Trafficking Section
        555 4th Street, N.W., Room No. 4116
        Washington, D.C. 20530
        (202) 514-7063