UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-327-01 (TFH) |
| | : | |
| EVER O. LEMUS-HERNANDES, | : | |
| | : | Sentencing Date:   April 20, 2007 |
| Defendant. | : | |
| | : | UNDER SEAL |

GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM
AND
GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1

      The United States of America, through its counsel, Jeffery A. Taylor, the United States Attorney for the District of Columbia submits the following notice that Defendant Lemus-Hernandes has provided substantial assistance to the United States.  We submit that Defendant Lemus-Hernandes has pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility, earned an additional one-level decrease in his offense level and is therefore entitled to a total three-level reduction in his offense level for acceptance of responsibility. We do note that it is the Government's position that there is a quantitative and qualitative difference between the issues regarding the granting of a Section 3E1.1 motion and that of a motion for departure pursuant to 18 U.S.C.  §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Our memorandum in support of Defendant Lemus-Hernandes' departure and sentencing states as follows:

      Defendant Lemus-Hernandes has provided substantial assistance to the Government in the investigation and prosecution of others involved in his criminal conduct.  Therefore, he is

entitled to a downward sentencing departure from his sentencing guidelines offense level, Section 5K1.1 of the U.S.S.G. Manual and from his statutory mandatory minimum sentence 18 U.S.C. §3553(e). Defendant Lemus-Hernandes provided substantial information which lead to the indictment and unsuccessful prosecution of his cocaine supplier Caesar A. Morales. Lemus-Hernandes gave the MPD, ATF & DEA information regarding 3 drug dealers and 2 handguns distributors. His cooperation and testimony in the grand jury lead to the indictment of Caesar Morales his supplier. However, due to a mishap with Montgomery County – Morales was released and is now a fugitive, both federally and with the State of Maryland. Morales has been a fugitive since October 2006.

The prosecution team and the law enforcement task force believe that Defendant Lemus-Hernandes has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that Defendant Lemus-Hernandes receive a departure from his guideline sentence and his mandatory-minimum statutory sentence of 120 months (10 years) incarceration. The Departure Committee agreed with our recommendations and has awarded Defendant Lemus-Hernandes with a departure notice to this Court from his guideline sentence and his statutory, mandatory sentence requirements of imprisonment. Accordingly, in light of Defendant Lemus-Hernandes' criminal history, his role in the offense, and the common factors for sentencing, his pre-trial confinement and his substantial assistance, we submit that Defendant Lemus-Hernandes' departure from his guideline sentence and his statutory mandatory-minimum sentence of 120 months is warranted.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

Martin Dee Carpenter, D.C. Bar No. 431-211
Criminal Division, Organized Crime & Narcotics
United States Attorney's Office

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 18th day of April, 2007, to counsel for Defendant Lemus-Hernandes, Carlos J. Vanegas, Esquire, Via first class mail, postage prepaid, and by facsimile to (202) 208-7515, Suite No. 550, 625 Indiana Avenue, Northwest, D.C. 20004, Office No. (202) 208-7500; carlos_vanegas@fd.org; martina_melendez@fd.org

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-327-01 (TFH) |
| | : | |
| **EVER O. LEMUS-HERNANDES,** | : | |
| | : | Sentencing Date:   April 20, 2007 |
| **Defendant.** | : | |
| | : | **UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motions related to Defendant Lemus-Hernandes' sentencing and for good cause having been shown, it is hereby **ORDERED**:

IT IS HEREBY ORDERED, that the Government's motions for the award of the third point for acceptance of responsibility and its motion based on cooperation and departure for the performance of substantial assistance from his guideline sentence is GRANTED.  Defendant Lemus-Hernandes will be sentenced based on all the matters presented by the parties, to include, the fact that Defendant Lemus-Hernandes was granted a departure from his statutory mandatory-minimum sentence pursuant to 18 U.S.C.  §3553(e).

IT IS HEREBY FURTHER ORDERED, that Defendant Lemus-Hernandes' case shall be immediately unsealed for all purposes.

      IT IS SO ORDERED on this _____ day of April, 2007.

                                                                                        _____
                                                                                        The Honorable Thomas F. Hogan
                                                                                        Chief Judge, United States District Court
                                                                                         for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Organized Crime and
Narcotics Trafficking Section
Room No. 4116
555 Fourth Street, Northwest
Washington, D.C.  20530
Office No. 202-514-7063
Fax No. 202-353-9414
Email: martin.carpenter2@usdoj.gov

Esquire Carlos J. Vanegas
Federal Public Defender's Service
Suite No. 550
625 Indiana Avenue, Northwest
Washington, D.C.  20004
Facsimile No. (202) 208-7515
Office No. (202) 208-7500
Email: carlos_vanegas@fd.org

Clerk of the Court
United States District Court
for the District of Columbia

USPO Renee Moses-Gregory
United States Probation Officer
United States Probation Office
United States District Court
for the District of Columbia
(202) 565-1348