FILED
APR 20 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal No. 06-327-01 (TFH)
:
EVER O. LEMUS-HERNANDES,  :
:  Sentencing Date: April 20, 2007
Defendant.  :
:

## ORDER

Upon consideration of the Government's Motions related to Defendant Lemus-Hernandes' sentencing and for good cause having been shown, it is hereby **ORDERED**:

IT IS HEREBY ORDERED, that the Government's motions for the award of the third point for acceptance of responsibility and its motion based on cooperation and departure for the performance of substantial assistance from his guideline sentence is GRANTED. Defendant Lemus-Hernandes will be sentenced based on all the matters presented by the parties, to include, the fact that Defendant Lemus-Hernandes was granted a departure from his statutory mandatory-minimum sentence pursuant to 18 U.S.C. §3553(e).

IT IS HEREBY FURTHER ORDERED, that Defendant Lemus-Hernandes' case shall be immediately unsealed for all purposes.

IT IS SO ORDERED on this \_\_\_20th\_\_\_ day of April, 2007.


The Honorable Thomas F. Hogan
Chief Judge, United States District Court
for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Organized Crime and
Narcotics Trafficking Section
Room No. 4116
555 Fourth Street, Northwest
Washington, D.C. 20530
Office No. 202-514-7063
Fax No. 202-353-9414
Email: martin.carpenter2@usdoj.gov

Esquire Carlos J. Vanegas
Federal Public Defender's Service
Suite No. 550
625 Indiana Avenue, Northwest
Washington, D.C. 20004
Facsimile No. (202) 208-7515
Office No. (202) 208-7500
Email: carlos_vanegas@fd.org

Clerk of the Court
United States District Court
for the District of Columbia

USPO Renee Moses-Gregory
United States Probation Officer
United States Probation Office
United States District Court
for the District of Columbia
(202) 565-1348